# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **THE DISTRICT OF COLUMBIA** )<br>)<br>**Plaintiff and Counter-Defendant,** )<br>)<br>v. )<br>)<br>**R.R.,** *et. al.,* )<br>)<br>**Defendants and Counter-Claimant.** )<br>_____) | Civil No. 04-0266 |

## ORDER

Upon consideration of the defendants' motion [27] for attorney's fees and costs, the opposition thereto, the entire record herein, and for the reasons set forth in the accompanying Memorandum Opinion, it is hereby, it is hereby

ORDERED that defendant's motion is GRANTED in part and DENIED in part.

Defendants are awarded fees and costs under the Individuals With Disabilities Act, 20 U.S.C. § 1400 et. seq., in the amount of $14,459.43. Plaintiff shall make payment to defendants no later than thirty days from the date of this order.

SO ORDERED.


Signed by Royce C. Lamberth, United States District Judge, October 6, 2005

.